

# Fourth Court of Appeals
## San Antonio, Texas

August 17, 2021

No. 04-21-00287-CV

**IN THE INTEREST OF L.I.C.S., A CHILD**

From the 73rd Judicial District Court, Bexar County, Texas
Trial Court No. 2020PA01026
Honorable Susan D. Reed, Judge Presiding

# O R D E R

This is an appeal from a final order terminating parental rights signed by the trial court on June 3, 2021. Appellant's notice of appeal was due on or before June 23, 2021. However, appellant did not file her notice of appeal until July 8, 2021. Even though appellant filed her notice of appeal within the fifteen-day grace period allowed by Rule 26.3 of the Texas Rules of Appellate Procedure, she did not file a motion for extension of time. On July 30, 2021, we ordered appellant to offer a reasonable explanation for filing a late notice of appeal. *See Verburgt v. Dorner*, 959 S.W.2d 615, 617 (Tex. 1997). "[A]ny plausible statement of circumstances indicating that failure to file . . . was not deliberate or intentional, but was the result of inadvertence, mistake, or mischance, [would] be accepted as a reasonable explanation." *Garcia v. Kastner Farms, Inc.*, 774 S.W.2d 668, 670 (Tex. 1989); *see also Dimotsis v. State Farm Lloyds*, 966 S.W.2d 657, 657 (Tex. App.—San Antonio 1998, no pet.). Any conduct short of deliberate or intentional noncompliance qualifies as inadvertence, mistake, or mischance, even if that conduct can also be characterized as professional negligence. *Garcia*, 774 S.W.2d at 670; *Dimotsis*, 966 S.W.2d at 657.

Appellant's counsel timely responded to our order, stating appellant's notice of appeal was filed late because she was not aware the termination order was signed on June 3, 2021. Counsel explained that the trial took place on April 29 and May 5, 2021, and that she contacted the trial court clerk on several occasions to inquire about the signing of the termination order. Additionally, after the trial court signed the termination order, counsel contends there was a miscommunication about the date the termination order was actually signed. We conclude appellant's explanation for filing a late notice of appeal is reasonable. We, therefore, grant the motion for extension of time to file the notice of appeal and ORDER this appeal retained on the court's docket. We further ORDER that appellant's brief is due on or before **September 7, 2021**.



Irene Rios, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 17th day of August, 2021.

Michael A. Cruz,
Clerk of Court